IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

APR 2 9 2008
Apr 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| William Moorehead,<br>    Petitioner, | )<br>)<br>) |
| V. | )<br>)  Civil No. 08-CV-1639<br>) |
| UNITED STATES OF AMERICA,<br>  No. 05-CR-546-Respondent. | )<br>) |

---

**PETITIONER'S REQUEST FOR STATUS UP-DATE ON
28 U.S.C. § 2255 PURSUANT TO RULE 4(b)**

---

    **COMES NOW** the Petitioner in the above-entitled caption, William Moorehead, hereby respectfully request for status up date on his 28 U.S.C. § 2255 motion pursuant to Rule 4(b) of Fed.R.Civ.Proc.. Petitioner asks that this Honorable Court Order the Government to show cause why said motion under 28 U.S.C. § 2255 should not be granted. Petitioner states the following facts:

<u>Preliminary Summery of the case:</u>

  1. On March 13, 2008, petitioner cause for this proceeding under 28 U.S.C. § 2255 to be presided by this court. (This motion under § 2255 was sent Certified by Mail). On March 20, 2008, the Honorable Schenkier, Magistrate Judge assigned this § 2255 proceeding to the Honorable Judge Zagel. As of this _21st_ day of _April_, 2008, no cause and/or

order by this court have been issued.

2. Pursuant to Rule 4(b) governing § 2255 proceedings for cause states the following fact:

> "The judge who receives the motion must promptly examine it. If it plainly appears from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to relief, the judge must dismiss the motion and direct the clerk to notify the moving party. If the motion is not dismissed, the judge must order the United States attorney to file an answer, motion, or other response within a fixed time, or to take other action the judge may order."

Rule 4(b) governing § 2255 proceedings.

3. Petitioner is unaware of any order or response by the government as ordered by this court. He asks that the court order the government to respond or show cause why this § 2255 motion should not be granted. Petitioner await for this court's decision.

**WHEREFORE**, Petitioner Mr. Moorehead prays that this Honorable Court, Judge Zagel, will issue an order authorized to the government, thereby informing them to file their response or answer within a fixed time as order by the court presiding over cause under § 2255.

Respectfully Submitted

*William Moorehead*
William Moorehead
Reg. No. #17999-424
FPC Marion Satellite Camp
P.O. Box 1000
Marion, IL 62959

## CERTIFICATE OF SERVICE

This certifies under the penalty of perjury pursuant to 28 U.S.C. § 1746; and 18 U.S.C. § 1621 that, I William Moorehead have on this 21st day of April, 2008, placed a true and exact copy of said:

### PETITIONER'S REQUEST FOR STATUS UP-DATE ON 28 U.S.C. § 2255 PURSUANT TO RULE 4(b)

in the FPC Marion Satellite Camp Legal Mailbox through authorized mail service, at Marion, Illinois, first class postage prepaid, addressed to the following parties:

United States District Court for the Northern District of Illinois, Eastern Division, Honorable James B. Zagel, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604.

Jacqueline Stern, United States Attorney, 219 S. Dearborn Street, 5th Floor, Chicago, Illinois 60604.

### LOCATION OF CONFINEMENT

William Moorehead
Reg. No. #17999-424
FPC Marion Satellite Camp
P.O. Box 1000
Marion, IL 62959