

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 3 2008
Jul 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

William Moorehead, )
    Defendant, )
                                  )
V.                                  )     Docket No. 08-CV-1639
                                  )
UNITED STATES OF AMERICA, )
    Respondent. )

---

**DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME
WITHIN WHICH TO FILE HIS REPLY TO
GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION
UNDER 28 U.S.C. § 2255**

---

COMES NOW the Defendant in the above entitle caption matter, William Moorehead, do hereby respectfully request this Honorable District Court for an extension of time within which to file his reply to Government's response in opposition to motion under 28 U.S.C. § 2255. Defendant states as follows:

1. That a response to defendant's motion under 28 U.S.C § 2255 was filed by the "Government" on June 6, 2008. Id. at Page 16 of Gov. Response on Electronic Case Filing.

2. That defendant submitted a request for the government response (Dated June 6, 2008) on June 19, 2008. It was not until June 27, 2008, that defendant finally received a copy of the government response. This transaction was

held 21 days, well within reach of defendant's deadline as was set forth by this court. Defendant's reply is do on July 9, 2008.

3. The Rules governing motion under § 2255 Proceedings does not preclude an extension of time within which to file a reply pleading. See 28 U.S.C. § 2255, Rule 12 and Rule 6(b) of Federal Rules of Civil Procedure. In this case at hand, defendant respectfully request this Court for an extension of time within which to file his reply pleading. Additional of 20 days would do, or whatever this court deems appropriate.

4. This request is not to delay any court proceeding within this court, or cause any unwarranted procedural delay, as is the case, he is appearing pro se in this 28 U.S.C. § 2255 Proceeding. Therefore, defendant ask this court for an extension of time.

**WHEREFORE**, Defendant William Moorehead prays that this court will grant him an extension of time (20 days) within which to file his reply pleading to Govenment's response in opposition to motion under 28 U.S.C. § 2255. As such grant would be in the interest of justic.

## CERTIFICATE OF SERVICE

This certifies under the penalty of perjury pursuant to 28 U.S.C. § 1746; and 18 U.S.C. § 1621 that, I William Moorehead have on this 29th day of June, 2008, placed a true and exact copy of said:

DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME
WITHIN WHICH TO FILE HIS REPLY TO
GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION
UNDER 28 U.S.C. § 2255

in the FPC Marion Satellite Camp legal Mailbox through authorized legal mail service, at Marion, Illinois, first class postage prepaid, addressed to the following parties

United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604. Clerk of the Court.

United States Assistant Attorney, Jacqueline O. Stern, 219 South Dearborn, Suite 500, Chicago, Illinois, 60604.

### LOCATION OF CONFINEMENT

William Moorehead
Reg. No. #17999-424
FPC Marion Satellite Camp
P.O. Box 1000
Marion, IL 62959
Pro Se Litigant